IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COMMUNITY CARS, INC., | ) |
| Appellant, | ) |
| v. | ) CASE NO. 2:14-CV-225-WKW |
| KRYSTAL NICOLE SANDERS, | ) |
| Appellee, | ) |
| CURTIS C. REDING, | ) |
| Trustee. | ) |

## ORDER

Upon consideration of the parties' Joint Motion to Dismiss Appeal (Doc. # 5), it is ORDERED that the motion is GRANTED, and that the appeal is DISMISSED in accordance with Federal Rules of Bankruptcy Procedure 8001(c)(2). The Clerk of the Court is DIRECTED to close this case.

DONE this 17th day of April, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE